468 A.2d 826

Commonwealth v. West, Jr., Appellant.

Petition for Allowance of Appeal
Denied March 7, 1984.

Submitted September 23, 1983. Timothy W. Misner, for appellant; John F. Nelson, III, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence is affirmed.

468 A.2d 827

Commonwealth v. White, Appellant.

Submitted January 27, 1983. John Dale Kuhn, Public Defender, for appellant; Gary E. Hartman, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.